

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Razhae Shepard,<br><br>**Plaintiff,**<br>V.<br><br>See Attachment<br><br>**Defendant.** | Civil Action No.  19-cv-1625-JAH-MDD<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court dismisses this civil action sua sponte without further leave to amend for failure to state a claim upon which § 1983 relief can be pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b), and certifies that an IFP appeal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

**Date:**    6/1/20

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ T. Ferris

T. Ferris, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** <u>19-cv-1625-JAH-MDD</u>

San Diego Sheriff Department; Head of Sheriff Dept; William D. Gore; Medical Staff; Food Services; Dr Tran, Contracted Doctor; State of California; County of San Diego; Captain C. Buchanan; Captain Hays,